```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0148--CV (JWS)
              "LOWELL WALTER ZWEIFEL V JAMES GORDON MARSON"

        Including terminated parties, excluding terminated counsel


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 06/23/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (2) Citizen of Another State
    DEF Diversity: (1) Citizen of This State

    Nature of Suit: (310) Airplane
                    NEGLIGENT PILOT RESULTING IN INJURY
           Origin: (1) Original Proceeding
           Demand: 9999
       Filing fee: Paid $250.00 on 06/23/05 receipt # 00126011
         Trial by: Jury


Parties of Record:                          Counsel of Record:

PLF 1.1         ZWEIFEL, LOWELL WALTER         Mark V. Meierhenry
                                               Danforth & Meierhenry
                                               315 South Phillips Avenue
                                               Sioux Falls, SD 57104-6318
                                               605-336-3075

DEF 1.1         MARSON, JAMES GORDON           Blake H. Call
                                               Call Hanson et al
                                               250 H Street
                                               Anchorage, AK 99501-2112
                                               907-258-8864
                                               FAX 907-258-8865
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0148--CV (JWS)
                         "LOWELL WALTER ZWEIFEL V JAMES GORDON MARSON"

                                     For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 06/23/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (2) Citizen of Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (310) Airplane
                    NEGLIGENT PILOT RESULTING IN INJURY
            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: Paid $250.00 on 06/23/05 receipt # 00126011
          Trial by: Jury


Document #   Filed      Docket text

     1 -  1  06/23/05   Complaint filed; Summons issued.

     2 -  1  06/23/05   PLF 1 Affidavit of Mark V. Meierhenry w/att exh.

     3 -  1  06/23/05   PLF 1 Affidavit of Robin J. Houwman w/att exh.

     4 -  1  07/11/05   PLF 1 motion application of non-resident attorney Mark V. Meierhenry for
                        permission to appear and participate.

     4 -  2  07/11/05   RRB Order granting motion application of non-resident attorney Mark V.
                        Meierhenry for permission to appear and participate as plf cnsl w/out
                        assoc of local counsel (4-1).  cc: cnsl

     5 -  1  07/29/05   DEF 1 Attorney Appearance of B. Call.

     6 -  1  07/29/05   DEF 1 Answer to Complaint.

     7 -  1  07/29/05   DEF 1 Jury Demand.

     8 -  1  08/01/05   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

     9 -  1  08/02/05   PLF 1 Return of Service Executed re: DEF 1 on 7/13/05.

    10 -  1  08/11/05   PLF 1; DEF 1 Joint Status Report re: substative settlement negotiations.

    11 -  1  08/16/05   JWS Minute Order unless closing papers are sooner filed, the Rule 26(f)
                        report shall be filed by 9/12/05.  cc: cnsl

    12 -  1  09/20/05   PLF 1; DEF 1 Scheduling & Planning Conference Report.

    13 -  1  09/23/05   JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                        02/28/06; Dispositive mots ddln 03/28/06; 6 day TBJ estimate. cc: cnsl
```