UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Lowell Walter Zweifel,<br><br>             Plaintiff,<br><br>v.<br><br>James Gordon Marson,<br><br>             Defendant. | CASE NO. A05—148 CV (JWS)<br><br>**STIPULATION AND<br>ORDER FOR DISMISSAL** |

The Parties through their undersigned counsel, hereby agree and stipulate that this action and all claims asserted therein should be dismissed with prejudice and without costs to either party.

Pursuant to A.R.C.P. 41(a)(1), by their signatures below, the parties certify that the information required under AS 09.68.130(a)(3) has been submitted to the Alaska Judicial Council.

Dated this 17 day of January, 2006.

_____
Mark V. Meierhenry
Danforth & Meierhenry, LLP
315 South Phillips Avenue
Sioux Falls, SD 57104-6318
Attorney for Plaintiff

Dated this 6th day of ~~January~~ March, 2006.

                                                        Blake H. Call, Esq.
                                                        Call, Hanson & Kell, P.C.
                                                        250 H Street
                                                        Anchorage, Alaska 99501-2112
                                                        Attorney for Defendant

ORDER

Based upon the joint Stipulation of Dismissal between the parties, the above-entitled action is hereby dismissed with prejudice and without costs to either party.

Dated this _____ day of _____, 2006.

                                                        BY THE COURT

                                                        _____
                                                        HONORABLE JOHN W. SEDWICK
                                                       UNITED STATES DISTRICT COURT

ATTEST:
Clerk of Court

_____